UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL STORIE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as the President of the United States, et al.,<br><br>Defendants. | Civil Action No. 26-0567 (AHA) |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's Memorandum Opinion and Order, ECF No. 34, Defendants, by and through undersigned counsel, respectfully submit this status report, and the attached declaration of John Armstrong, Principal Deputy Assistant Secretary within the U.S. Department of State's Bureau of Consular Affairs, *see* Ex. A ("Armstrong Decl."), to apprise the Court of their compliance with this order.

The Court's Memorandum Opinion and Order directs the Secretary of State to:

- Not apply the immigrant visa pause to the plaintiffs in this matter;
- Promptly restore any plaintiff's position in the application processing queue, to the extent it was impacted by the pause; and
- Promptly, and within no more than 30 days, complete the adjudication of any plaintiff's application that was refused based on the pause, without regard to any refusal issued pursuant to the pause, including issuing a visa to any plaintiff that would have received one absent the pause.

ECF No. 34, at 18-19.

Consistent with the Court's order, Defendants report that they are not applying the immigrant visa pause to Plaintiffs in this matter. On August 21, 2026, the U.S. District Court for the Southern District of New York issued an order vacating the immigrant visa pause. *See Catholic Legal Immigration Network, Inc. v. Rubio*, Civ. A. No. 26-0858, 2026 WL 2455099, at *2 (S.D.N.Y. Aug. 21, 2026) ("*CLINIC*"). In accordance with that order, the Department of State ("State") is treating the pause as no longer operative and not applying it to the Plaintiffs in this matter. *See* Armstrong Decl. ¶ 3.

State has developed a spreadsheet, categorizing the status of Plaintiffs' immigrant visa applications. *See id.* ¶ 7. The spreadsheet sets out five categories: (a) Plaintiffs who have not yet interviewed and executed a visa application (22 Plaintiffs); (b) Plaintiffs whose visa applications were solely refused under 8 U.S.C. § 1201(g) for the immigrant visa pause (74 Plaintiffs); (c) Plaintiffs whose visa applications were refused for multiple reasons, one of which is under 8 U.S.C. § 1201(g) for the immigrant visa pause (31 Plaintiffs); (d) Plaintiffs whose visa applications were refused on grounds other than the immigrant visa pause (35 Plaintiffs); and (e) Plaintiffs who have been issued visas (3 Plaintiffs). *Id.* State is presently coordinating guidance, including guidance regarding processing applicants previously refused under the policy, to U.S. embassies and consulates on implementation of the Court's order. *Id.* ¶ 4. For categories (d) and (e), Defendants note that these Plaintiffs do not appear to be subject to, or no longer appear to be subject to, the Court's order.

As a general matter, Defendants note that State reached the worldwide numerical limit for EB-2 visas on August 25, 2026. *See id.* ¶ 6. Of the Plaintiffs, 21 seek an EB-2 visa. *Id.* New visa numbers for EB-2 applicants will become available on October 1, 2026, and these Plaintiffs will be processed at that time consistent with the Court's order. *Id.*

Defendants are working to ensure timely compliance with the Court's order. Defendants are also concurrently working to ensure timely compliance with various other courts' recent orders related to the immigrant visa pause and other visa-related policies. *See CLINIC*, 2026 WL 2455099, at *2; *Medani v. Trump*, Civ. A. No. 26-6332, 2026 WL 2547287, at *13 (N.D. Cal. Aug. 28, 2026); *Ivanov v. Trump*, Civ. A. No. 26-0915 (RJL), ECF No. 52 (D.D.C. Aug. 25, 2026); *see also* Armstrong Decl. ¶¶ 3, 4. These various orders, all issued in a one-week period, act as competing demands on State's limited resources. Defendants respectfully propose that the Court order Defendants to file another status report in 14 days (i.e., on September 22, 2026), to further apprise the Court of compliance with its order.

Dated: September 8, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ William Thanhauser*

WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*